UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

    -vs.-                            Case no. 2:11-cv-14108

DAMIAN JACKSON, HOLLY
JACKSON, TAMMY DANIELS, and
DIAMOND & ASSOCIATES
ENTERPRISES, LLC, individually
and doing business as DIAMOND
TAX SERVICES,

       Defendants.
_____/

### UNITED STATES' WITNESS LIST

The United States submits this witness list.  Because discovery is ongoing, this list may

not represent the final witness list and may be amended as necessary.

1.      Damian Jackson

2.      Holly Jackson

3.      Tammy Daniels

4.      IRS Senior Technical Advisor Shauna Henline

5.      IRS Revenue Agent Deborah Black

6.      IRS Special Agent Mark Baker

7.      Other unidentified employees of the IRS involved with audits of the Defendants'

      customers

8.      Mark Nobles

9.      Leslie Horn

10.     Lawrence Young

11.     Omar Proctor

12.     John Bidden

13.     Tangelina Bidden

14.     Latrenda Jefferson

15.     Other customers of the Defendants

        Dated: April 9, 2012

                                            Respectfully submitted,

                                            BARBARA L. MCQUADE
                                            United States Attorney

                                            PETER A. CAPLAN
                                            Assistant U.S. Attorney
                                            211 W. Fort Street, Ste. 2001
                                            Detroit, MI 48226
                                            Telephone: (313) 226-9784
                                            P-30643
                                            Email:  peter.caplan@usdoj.gov


                                            s/ Daniel A. Applegate
                                            DANIEL A. APPLEGATE (P70452)
                                            Trial Attorney, Tax Division
                                            U. S. Department of Justice
                                            P.O. Box 7238, Ben Franklin Station
                                            Washington, D.C.  20044
                                            Telephone: (202) 353-8180
                                            Fax: (202) 514-6770
                                            daniel.a.applegate@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I electronically filed the foregoing United States' Witness List with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David W. Jones
Allen Brothers, Attorneys & Counselors, P.L.L.C.
400 Monroe St., Suite 220
Detroit, MI 48226-2963

I further certify that on April 9, 2012, I served the foregoing United States' Witness List on the following non-participants in the Court's CM/ECF system by First Class U.S. Mail:

Damian Jackson
33160 Wendy Dr.
Sterling Heights, MI 48310

Holly Jackson
33160 Wendy Dr.
Sterling Heights, MI 48310

 s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division