UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    -vs.-                                Case no. 2:11-cv-14108-PDB-LJM

DAMIAN JACKSON, HOLLY
JACKSON, TAMMY DANIELS, and
DIAMOND & ASSOCIATES
ENTERPRISES, LLC, individually
and doing business as DIAMOND
TAX SERVICES,

        Defendants.
_____/

**UNITED STATES' MOTION TO VOLUNTARILY DISMISS**
**DIAMOND & ASSOCIATES ENTERPRISES, LLC**

The United States moves to voluntarily dismiss the remaining defendant, Diamond &

Associates Enterprises, LLC pursuant to Fed. R. Civ. P. 41(a). The Court has entered permanent

injunctions against the other defendants, Damian Jackson, Holly Jackson, and Tammy Daniels.

(*See* docket nos. 30 and 36.) No counsel appeared on behalf of Diamond & Associates

Enterprises, LLC, and the Clerk of the Court entered its default on December 9, 2011. (Docket

no. 9.) The evidence in this case showed that Damian Jackson and Holly Jackson were the only

two members of Diamond & Associates Enterprises, LLC.

Because the Court has entered a permanent injunction against Damian and Holly Jackson,

there is no further relief to be granted against Diamond & Associates Enterprises, LLC in this

case.  Therefore, the United States requests that the Court dismiss Diamond & Associates

Enterprises, LLC.

Dated: November 14, 2012

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

PETER A. CAPLAN
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
Telephone: (313) 226-9784
P-30643
Email:  peter.caplan@usdoj.gov


s/ Daniel A. Applegate
DANIEL A. APPLEGATE (P70452)
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2012, I electronically filed the foregoing United States' Motion to Voluntarily Dismiss Diamond & Associates Enterprises, LLC with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David W. Jones
Allen Brothers, Attorneys & Counselors, P.L.L.C.
400 Monroe St., Suite 220
Detroit, MI 48226-2963

I further certify that on November 14, 2012, I served the foregoing United States' Motion to Voluntarily Dismiss Diamond & Associates Enterprises, LLC on the following non-participants in the Court's CM/ECF system by First Class U.S. Mail:

Damian Jackson
33160 Wendy Dr.
Sterling Heights, MI 48310

Holly Jackson
33160 Wendy Dr.
Sterling Heights, MI 48310

s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division